UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; PRINCE GEORGE'S COUNTY MARYLAND; PRINCE GEORGE'S COUNTY MARYLAND NAACP BRANCH; ROBERT E. ROSS; and H. ELIZABETH JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF THE CENSUS; RON JARMIN, Acting Director, Bureau of the Census; WILBUR ROSS, Secretary of Commerce; DONALD TRUMP, President of the United States; and THE UNITED STATES,<br><br>Defendants. | Case No. 8:18-CV-00891-PWG<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103(3)(a), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff National Association for the Advancement of Colored People (a nonprofit 501(c)(3) corporation), certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    No corporate parent
    No publicly held affiliates or subsidiaries

Dated:      March 29, 2018

                                          Respectfully submitted,

                                          RULE OF LAW CLINIC, YALE LAW SCHOOL

                                          /s/Michael J. Wishnie_____
                                          Michael J. Wishnie
                                          D. Md. Bar No. 20350

## **CERTIFICATE OF SERVICE**

I, Michael J. Wishnie, an attorney for the Yale Law School Rule of Law Clinic, certify that on March 29, 2018, the Rule 7.1 Disclosure Statement for the National Association for the Advancement of Colored People was served on the Defendants by mail.

/s/ Michael J. Wishnie
Michael J. Wishnie