919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908

**JENNER&BLOCK** LLP

June 14, 2019

Jeremy M. Creelan
Tel +1 212 891 1678
jcreelan@jenner.com

<u>Via CM/ECF</u>

The Honorable Timothy J. Sullivan
United States Magistrate Judge
United States Courthouse
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: *NAACP, et al. v. Bureau of the Census, et al.*, No. 8:18-cv-0891 (D. Md.)

Dear Judge Sullivan:

The parties to the above-captioned matter submit this joint status report pursuant to Your Honor's instructions in the telephone conference held on June 10, 2019 and this Court's order (ECF 125). Counsel for the parties met and conferred regarding Plaintiffs' requests for production 3 and 6. The parties have reached agreement, described below, and believe that appointment of a special master is not necessary at this time.

1. Subject to Plaintiffs' reservation of their right to seek additional documents, Plaintiffs agree to narrow their consolidated RFPs 3 and 6 to searches of email (including attachments), and leave aside for the time being any shared drives.

2. The Government agrees to run the further revised search terms below first on Taylor's email files and then on the remaining email files of the other key custodians. These terms have been narrowed further to reduce the number of hits.

3. The Government agrees to produce the responsive non-privileged documents from the Taylor searches and a privilege log by June 28.

4. The Government agrees to produce the responsive non-privileged documents from the remaining key custodian email searches and a privilege log by July 8.

<u>Revised / Consolidated Search Terms as of June 14 (Request Nos. 3 & 6):</u>

Documents dated October 1, 2016 to the present that analyze or assess the impact of changes to funding for (1) the 2020 Census Integrated Partnership and Communications Program; (2) field

Approved
[signature]
USMJ
June 17, 2019

operations (specifically Non-Response Follow-Up, in-field address canvassing, and Area Census Offices); and (3) contingencies. Documents responsive to this requests may contain the following search terms:

- ("Chang!" or "update" or "revis!") and ("hire" or "hiring" or "employ" or "employing" or "cost" or "budget" or "fund!" or "appropriat!") within 4 words of "partnership assistant"

- ("Chang!" or "update" or "revis!") and ( "hire" or "hiring" or "employ" or "employing" or "cost" or "budget" or "fund!" or "appropriat!") within 4 words of "partnership specialist"

- "hire" or "hiring" or "employ" or "employing" within 4 words of "enumerator"

- lister" within 4 words of ("cost" or "budget" or "fund!" or "appropriat!" ) and ("chang!" or "update" or "revis!")

- "Integrated Partnership and Communication" within 4 words of ("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("Chang!" or "update" or "revis!")

- "IPC" within 4 words of ("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("chang!" or "update" or "revis!")

- "2020 Census Integrated Communications Campaign" within 4 words of ("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("chang!" or "update" or "revis!")

- "nonresponse followup" within 3 words of "("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("chang!" or "update" or "revis!")

- "NRFU" within 3 words of ("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("chang!" or "update" or "revis!")

- "address canvassing" within 3 words of ("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("chang!" or "update" or "revis!")

- "contingency" or "contingencies" within 3 words of ("cost" or "budget" or "estimate" or "fund!" or "appropriate!") and ("chang!" or "update" or "revis!")

Respectfully submitted,

/s/ Jeremy M. Creelan

Rachel Brown,[1] Law Student Intern
Casey Gilfoil, Law Student Intern
Daniel Ki, Law Student Intern
Nikita Lalwani, Law Student Intern
Joseph Schottenfeld, Law Student Intern
Joshua Zoffer, Law Student Intern
Renee Burbank [τ]
Michael J. Wishnie (Bar No. 20350)
Rule of Law Clinic
Yale Law School [2]
127 Wall Street
New Haven, CT 06511
Tel: (203) 436-4780
michael.wishniey@lsclinics.org
*Counsel/or all Plaintiffs*

Jeremy M. Creelan, *pro hac vice*
Susan J. Kohlmann, *pro hac vice*
Jacob D. Alderdice, *pro hac vice*
Jenner & Block LLP
919 Third Avenue
New York, NY 10022-3908
*Counsel for all Plaintiffs*

Anson C. Asaka (Bar No. 20456)
National Association for the Advancement of Colored People, Inc.
4805 Mt. Hope Drive
Baltimore, MD 21215
Tel: (410) 580-5797
Fax: (410) 358-9350
*Counsel for Plaintiffs NAACP and Prince George's County NAACP Branch*

Benjamin D. Alter, *pro hac vice*
National Association for the Advancement of Colored People, Inc.
50 Broadway, 31st Floor,
New York, NY 10004
Tel: (212) 626-6412
Fax: (212) 248-5250
*Counsel for Plaintiffs NAACP and Prince George's County NAACP Branch*

JOSEPH H. HUNT
Assistant Attorney General

JAMES M. BURNHAM
Deputy Assistant Attorney General

JOHN R. GRIFFITHS
Director, Federal Programs Branch

---

[1] Law student interns. Petition to practice forthcoming.
[τ] Application for D. Md. admission pending.
[§] This letter does not purport to state the views of Yale Law School, if any.

JOSHUA E. GARDNER
Special Counsel, Federal Programs Branch

/s/ Christopher M. Lynch

STEPHEN EHRLICH
CHRISTOPHER M. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-9803
Email: stephen.ehrlich@usdoj.gov

*Counsel for Defendants*