

**U.S. Department of Justice**
*Civil Division*
*Federal Programs Branch*

July 15, 2019

**Via CM/ECF**
The Honorable Timothy J. Sullivan
United States Magistrate Judge

    Re:    *NAACP, et al. v. Bureau of the Census, et al.*, No. 8:18-cv-0891-PWG (D. Md.)

Dear Judge Sullivan:

Defendants write to request the opportunity to oppose Plaintiffs' letter (ECF No. 136), which concerns various issues related to Plaintiffs' requests for production of documents. Plaintiffs' letter contains inaccurate and misleading factual contentions and misconstrues governing case law. Accordingly, Defendants respectfully request the opportunity to file a four-page letter response to Plaintiffs' arguments by July 19, 2019.

Further, Plaintiffs failed to meet and confer about Defendants' July 8, 2019, production and have not challenged any specific document on Defendants' privilege log. Defendants remain willing to meet and confer to consider any specific request Plaintiffs may have to reconsider the withholding of particular documents on the basis of privilege. Absent any specific request by Plaintiffs, Plaintiffs seek to challenge 118 documents from the July 8 production withheld on the basis of privilege. Defendants respectfully request until August 2, 2019, to file a response addressing the specific documents at issue in Plaintiffs' letter. Such time is necessary to allow Defendants to formally invoke the deliberative process privilege through a declaration.

                              Respectfully submitted,

                              JOSEPH H. HUNT
                              Assistant Attorney General

                              JAMES M. BURNHAM
                              Deputy Assistant Attorney General

                              JOHN R. GRIFFITHS
                              Director, Federal Programs Branch

                              JOSHUA E. GARDNER
                              Special Counsel, Federal Programs Branch

                              */s/ Christopher M. Lynch*
                              STEPHEN EHRLICH
                              CHRISTOPHER M. LYNCH
                              Trial Attorneys
                              United States Department of Justice
                              Civil Division, Federal Programs Branch

        1100 L Street, N.W.
        Washington, DC  20005
        Tel.:  (202) 305-9803
        Email:  stephen.ehrlich@usdoj.gov

*Counsel for Defendants*

CC: All Counsel of Record (by ECF)